# United States District Court
# For The Western District of North Carolina
# Asheville Division

RONNIE BAILEY,

        Plaintiff,                         JUDGMENT IN A CIVIL CASE

vs.                                                1:11cv227

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/27/2012 Order of Remand.

                                              Signed: June 27, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court